[Nos. 31034-8-I; 31035-6-I; Division One. January 9, 1995.]
31032-1-I.

THE STATE OF WASHINGTON, *Respondent* v. KENNETH R. SPRADLEY, *Appellant*.

Appeals from judgments of the Superior Court for Island County, Nos. 92-1-00001-7,92-1-00029-7,92-1-00012-2, Alan R. Hancock, J., entered July 1, 1992. *Affirmed in part* and *remanded* by unpublished opinion per Webster, J., concurred in by Baker, A.C.J., and Agid, J.

[No. 32307-5-I.    Division One.    January 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL R. HANSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-05738-3, Ricardo S. Martinez, J., entered February 9, 1993. *Affirmed* by unpublished opinion per Becker, J., concurred in by Pekelis, C.J., and Scholfield, J. Pro Tem.

[No. 33610-0-I.    Division One.    January 9, 1995.]

CLARK J. FULMER, ET AL, *Respondents*, v. HAROLD E. COVEY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-27640-4, Sharon S. Armstrong, J., entered October 15, 1993. *Reversed* and *remanded* by unpublished opinion per Baker, A.C.J., concurred in by Becker, J., and Scholfield, J. Pro Tem.